**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

THE ESTATE OF WILLIE MIDDLETON aka
WILLIE JAMES MIDDLETON, by his Proposed
Administrator, BARRY J. WARREN,

                                Plaintiff,

                                                               Case No. 1:22-cv-01155 (BKS/CFH)

    -against-

CLR TROY LLC d/b/a TROY CENTER FOR
REHABILITATION AND NURSING, ABC
CORPORATION, and ABC PARTNERSHIP,

                                Defendants.

---

## STIPULATION AND ORDER

---

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for all parties, that this action be remanded to the Supreme Court of the State of New York, Rensselaer County, without costs or fees to any party.

       **IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation affects any defense of immunity or defensive preemption under the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, 247d-6e.

       **IT IS FURTHER STIPULATED AND AGREED** that Defendant CLR TROY LLC d/b/a TROY CENTER FOR REHABILITATION AND NURSING's time to appear, answer, move, or otherwise respond to the Complaint is hereby extended to, and includes, August 1, 2023.

Dated: May 1, 2023

|  |  |  |  |
|---|---|---|---|
| By: | s/ Joseph Ciaccio / ASH<br>Joseph Ciaccio<br>NAPOLI SHKOLNIK, PLLC<br>*Attorneys for Plaintiff*<br>400 Broadhollow Rd, Suite 305<br>Melville, NY 11747 | By: | s/ Andrew S. Holland<br>Andrew S. Holland<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP<br>*Attorneys for Defendant CLR TROY*<br>*LLC d/b/a TROY CENTER FOR*<br>*REHABILITATION AND NURSING*<br>200 Great Oaks Blvd., Suite 228<br>Albany, NY 12203 |

**SO ORDERED**, this ___3rd___ day of May, 2023.

*Brenda K Sannes*
**Hon. Brenda K. Sannes**
**Chief Judge, U.S. District Court**

2

130115911v.1